IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES DELLAVECCHIA,<br>Petitioner, | FILED<br>MAR 02 2015<br>MICHAEL E. KUNZ, Clerk<br>By_____Dep. Clerk | CIVIL ACTION |
| v. | | |
| JOHN WETZEL, et al.,<br>Respondents. | : | NO. 14-5014 |

ORDER

HARVEY BARTLE, III, J.

AND NOW, this 2nd day of March, 2015, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for Writ of *Habeas Corpus* is DENIED with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ Harvey Bartle
HARVEY BARTLE, III, J.